ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Vectrus Federal Services GmbH | )    ASBCA No. 60834 |
| | ) |
| Under Contract No. W564KV-12-D-0010 | ) |

APPEARANCE FOR THE APPELLANT:      Joseph G. Martinez, Esq.
                                         Dentons US LLP
                                         Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                           Army Chief Trial Attorney
                                         MAJ Jason W. Allen, JA
                                         Trial Attorney

## ORDER OF DISMISSAL

Pursuant to the parties' January 2018 settlement agreement, their 22 March 2018 Joint Request for Dismissal, and the 2 April 2018 joint teleconference with the Board, this appeal is hereby dismissed. The dismissal is with prejudice only as to all claims that pertain to the captioned contract from the beginning of the Base Period (30 September 2012) through the conclusion of Option Period Four (29 September 2017). Otherwise, the dismissal is without prejudice. Unless either party or the Board acts within three years from the date of this Order to reinstate the portion of the appeal that is dismissed without prejudice, the dismissal shall be deemed to be with prejudice.

Dated: 3 April 2018

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60834, Appeal of Vectrus Federal Services GmbH, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2